# UNITED STATES DISTRICT COURT
## District of Maine

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | No. 2:11-141-GZS |
| | ) | |
| ALEX MOUSTROUPHIS and | ) | |
| CHRISTOPHER HALE, | ) | |
| | ) | |
|     Defendants | ) | |
| | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

    The United States Magistrate Judge filed with the Court on May 30, 2012, his Recommended Decision (ECF No. 79). Defendant Hale filed his Objection to the Recommended Decision (ECF No. 89) on June 20, 2012. The Government filed its Objection to the Recommended Decision (ECF No. 92) on June 26, 2012. Defendant Moustrouphis filed his Response to the Government's Objection to the Recommended Decision (ECF No. 93) on July 9, 2012. The Government filed its Response to Defendant Hale's Objection to the Recommended Decision (ECF No. 94) on July 9, 2012. The Government filed its Reply to Defendant Moustrouphis' Response to the Government's Objection to the Recommended Decision (ECF No. 99) on August 3, 2012.

    I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a _de novo_ determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United

States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that the Magistrate Judge's proposed findings of fact contained within the Recommended Decision are **ADOPTED**,

3. It is hereby **ORDERED** that Defendant Hale's Motion to Suppress (ECF No. 29) is **DENIED**.

4. It is hereby **ORDERED** that Defendant Moustrouphis' Motion to Suppress (ECF No. 48) is **GRANTED** as to the contents of any covered shoe box found in Moustrouphis' bedroom at 45 Memory Lane, South Portland, Maine and otherwise are **DENIED**.

/s/George Z. Singal
U.S. District Judge

Dated this 13th day of August, 2012.